# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| **LINDSAY MCQUAID**, | Case No.: 3:19-cv-06129-RBL |
| Plaintiff, | **STIPULATED MOTION AND ORDER TO DISMISS CASE WITH PREJUDICE** |
| vs. | **NOTE ON MOTION CALENDAR: May 14, 2020** |
| **RAY KLEIN, INC.**, | |
| Defendant. | |

The parties in the above titled action have stipulated to dismiss this case with prejudice immediately, with each side to bear their own attorneys fees and costs.

Dated this 14th day of May, 2020

___s/Joshua Trigsted_____
Joshua Trigsted
Trigsted Law Group, P.C.
5200 SW Meadows Rd., Ste. 150
Lake Oswego, OR  97035
**Attorney for the Plaintiff**

__s/Wade Isbell_____
Wade Isbell
Professional Credit Services
PO Box 70127
Springfield OR 97475
**Attorney for the Defendant**

STIPULATED MOTION AND
ORDER OF DISMISSAL
Case No. 3:19-cv-06129-RBL

Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
(888) 247-4126

1