UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

**LINDSAY MCQUAID**,

    Plaintiff,

vs.

**RAY KLEIN, INC.**,

    Defendant.

Case No.: 3:19-cv-06129-RBL

**ORDER OF DISMISSAL**

Upon stipulation of the parties, this matter is hereby dismissed with prejudice, with each side to bear their own costs and attorney fees.

Dated this 15th day of May, 2020.

*Ronald B. Leighton*
Ronald B. Leighton
United States District Judge

ORDER OF DISMISSAL
Case No. 3:19-cv-06129-RBL

1